**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 0 1 2011

BY
DEPUTY _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| J. UMOREN | § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:09cv413 |
| v. | § | |
| | § | |
| PLANO I.S.D. BOARD OF TRUSTEES, et al., | § | |
| Defendants. | § | |

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this

matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C.

§ 636. On March 14, 2011, the report of the Magistrate Judge was entered containing proposed

findings of fact and recommendations that Plano Independent School District's Motion for Summary

Judgment (Dkt. 87) should be GRANTED, that Plaintiff's Motion and Notice of Motion for

Summary Judgment (Dkt. 90) should be DENIED, and that Plaintiff should take nothing by his

claims here.

Plaintiff filed his objections to the report on March 29, 2011. On March 30, 2011, Plaintiff

filed a Motion for Leave to Replace and/or Amend Plaintiff's Objections to the Magistrate Judge's

Report and Recommendation (Dkt. 137) and filed amended objections (*see* Dkt. 139). Plaintiff's

motion to replace and/or amend his objections is GRANTED, and the court has considered the

amended objections.

The court has made a *de novo* review of the objections raised by Plaintiff. The court has also made a *de novo* review of the entire summary judgment record, not solely the evidence specifically listed by the Magistrate Judge in his report. The court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit as to the ultimate finding that there is no fact issue here. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Plano Independent School District's Motion for Summary Judgment (Dkt. 87) is GRANTED, Plaintiff's Motion and Notice of Motion for Summary Judgment (Dkt. 90) is DENIED, and Plaintiff shall take nothing by his claims here.

**IT IS SO ORDERED.**

**SIGNED** this _____ 1st _____ day of _____ April _____, 2011.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE